■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JUAN MARTE, Respondent.—Appeal by the People, as limited by their brief, from so much of an order of the Supreme Court, Queens County (Brennan, J.), dated January 29, 1985, as granted that branch of defendant's omnibus motion which was to dismiss the indictment, with leave to re-present the case to another Grand Jury.

Order reversed insofar as appealed from, on the law, that branch of defendant's omnibus motion which was to dismiss the indictment denied, and matter remitted to the Supreme Court, Queens County, for further proceedings including the determination of the remaining branches of defendant's omnibus motion.

The evidence before the Grand Jury, including the nature, contents, and particular location of the defendant's personal documents which were found in the apartment, established a prima facie case that defendant unlawfully possessed the requisite amount of drugs and the firearm as charged in the indictment (CPL 190.65 [1]; 70.10; *People v Mayo*, 36 NY2d 1002, 1004; *People v Robertson*, 61 AD2d 600, *affd* 48 NY2d 993). Lazer, J. P., Mangano, Brown and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MARTIN, Appellant.—Judgment of the Supreme Court, Kings County (Kooper, J.), rendered October 1, 1984, affirmed. *(See, People v Iannone,* 45 NY2d 589.) Lazer, J. P., Mangano, Brown and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMAR McMILLAN, Appellant.—Appeal by defendant from four judgments of the Supreme Court, Queens County (Sherman, J.), all rendered February 10, 1984, convicting him of robbery in the first degree (two counts), burglary in the first degree, and conspiracy in the second degree, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ.